# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON JEROME BOLEN AKA JASON J. BOLDEN,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 82306

FILED

FEB 02 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the ORDER denying and/or dismissing the motion to modify sentence." This court's review of this appeal reveals a jurisdictional defect. The documents before this court indicate that a motion to modify sentence has not been filed in district court case number C-18-334635-1, the case number designated in this notice of appeal. Further, review of the district court docket and minute entries reveals that the district court has not entered any other appealable order since the entry of the judgment of conviction on August 27, 2019. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-03173

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 2
Jason Jerome Bolen
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk